[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12985
_____

D.C. Docket No. 1:12-cv-00686-JEC

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC,

Plaintiff - Counter
Defendant - Appellee,

versus

TELEDYNE TECHNOLOGIES INC.,
CONTINENTAL MOTORS, INC.,

Defendants - Counter
Claimants - Appellants,

TECHNIFY MOTOR (USA) INC., et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(June 11, 2015)

Before TJOFLAT, ANDERSON and SENTELLE,[*] Circuit Judges.

PER CURIAM:

Following our careful review of the record and the parties' briefs, and with the benefit of oral argument, we affirm the judgment of the District Court for the reasons set out in its September 9, 2013, and June 27, 2014, orders. *See* Doc. 133; Doc. 150.

AFFIRMED.

---

[*] Honorable David Bryan Sentelle, United States Circuit Judge for the District of Columbia Circuit, sitting by designation.

2